**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

CLARK CORE SERVICES, LLC; et al.,

      Plaintiffs,

      v.

CYCLE UP SUPPLY CHAIN SERVICES,
LLC n/k/a CUSCS HOLDINGS, LLC; et al.,

      Defendants.

CIVIL ACTION NO.: 4:23-cv-272

**O R D E R**

Before the Court is Plaintiffs' "Notice of Dismissal Without Prejudice," signed and filed by counsel for Plaintiffs, in which Plaintiffs state that they dismiss their claims against Defendants Cycle Up Supply Chain Services, LLC, n/k/a CUSCS Holdings, LLC, and Consultative Sales Professionals, LLC d/b/a Cycle Up Supply Chain Services, LLC, without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Doc. 73.)  Neither of these two Defendants has filed an answer or a motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action against an opposing party by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Defendants Cycle Up Supply Chain Services, LLC, n/k/a CUSCS Holdings, LLC and Consultative Sales Professionals, LLC d/b/a Cycle Up Supply Chain Services, LLC, are **DISMISSED**

**WITHOUT PREJUDICE**.  Those being the final two Defendants in this case, the Clerk of Court

is hereby authorized and directed to **CLOSE** this case.

      **SO ORDERED**, this 19th day of May, 2026.

                R. STAN BAKER, CHIEF JUDGE
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA